**Rajiv KHURANA, Plaintiff–Appellant,**

v.

**INNOVATIVE HEALTH CARE SYSTEMS, INC.; Karry Teel; Carl Holden; William Malone; I.H.S. River Region Hospital of Vacherie, La., Inc., Defendants–Appellees.**

**No. 96–30525.**

United States Court of Appeals,
Fifth Circuit.

Jan. 11, 1999.

James Alan Williams, McElwee, Williams & Peters, L.L.C., Gretna, LA, Robert Elton Arceneaux, Barham & Arceneaux, New Orleans, LA, for Khurana.

Frank E. Massengale, Karen Kaler Whitfield, Massengale & Debruhl, New Orleans, LA, for Defendants–Appellees.

Frank H. Walk, Jr., New Orleans, LA, pro se.

Edward P. Gothard, Metairie, LA, pro se.

Frederick M. Stoller, McCloskey, Langenstein & Stoller, New Orleans, LA, pro se.

Before WIENER and PARKER, Circuit Judges, and LITTLE,* Chief District Judge.

## ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

PER CURIAM:

In accordance with the Order of the Supreme Court of the United States, this case is dismissed as moot. *See Teel v. Khurana,* — U.S. ——, 119 S.Ct. 442, 142 L.Ed.2d 442 (1998).

DISMISSED AS MOOT.